No. 00–7568.  IN RE WIMBISH;
No. 00–7585.  IN RE SCHIMBERG; and
No. 00–7595.  IN RE PHILLIPS.  Petitions for writs of habeas corpus denied.

No. 00–6984.  IN RE COTHRUM;
No. 00–6999.  IN RE WILLIAMS;
No. 00–7041.  IN RE CORNELIUS; and
No. 00–7078.  IN RE ROUX.  Petitions for writs of mandamus denied.

No. 00–6974.  IN RE MACIEL.  Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of mandamus and/or prohibition dismissed.  See this Court's Rule 39.8.  As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in non-criminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1.  See *Martin* v. *District of Columbia Court of Appeals,* 506 U. S. 1 (1992) *(per curiam).*  JUSTICE STEVENS dissents.  See *id.,* at 4, and cases cited therein.

No. 99–1675.  UNITED STATES v. FARLEY ET UX.  C. A. 3d Cir.  Certiorari denied.

No. 99–7558.  WALKER v. DAVIS, WARDEN, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 99–10159.  GAVIS ET AL. v. HOOD, WARDEN; and
No. 99–10221.  GRIER ET AL. v. HOOD, WARDEN.  C. A. 9th Cir.  Certiorari denied.  Reported below: 202 F. 3d 1211.

No. 00–242.  COMMISSIONER OF INTERNAL REVENUE v. PUGH ET UX.  C. A. 11th Cir.  Certiorari denied.

No. 00–277.  BROWN v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 00–381.  CITY OF BRIDGETON v. FEDERAL AVIATION ADMINISTRATION ET AL.  C. A. 8th Cir.  Certiorari denied.